## Joseph Breitmeier, Appellant, v. Sam P. Sutera, Appellee.

### Gen. No. 42,910.

Heard in the third division, first district, this court at the December term, 1943; opinion filed November 7, 1945; released for publication November 27, 1945. Sher & Karlin, for appellant; Leo S. Karlin, of counsel; Wyatt Jacobs and Walter A. Christopher, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.